```
DALE R. BISH, State Bar No. 235390
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dbish@wsgr.com

Attorneys for Defendant
GOOGLE INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GURMINDER SINGH, Individually and On Behalf of Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | CASE NO.: 5:16-cv-03734-BLF<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT**<br><br>Complaint Served: 7/13/2016<br>Current Response Date: 8/3/2016<br>New Response Date: 9/14/2016 |

Pursuant to Civil Local Rule 6-1(a), Defendant Google Inc. and Plaintiff Gurminder Singh (collectively, "the Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed his complaint on July 1, 2016 (the "Complaint") and served Defendant on July 13, 2016;

WHEREAS, Defendant currently would have until August 3, 2016 to answer move, or otherwise respond to the Complaint;

WHEREAS, the parties have met and conferred and agreed that Defendant's time to respond to the Complaint should be extended pursuant to Civil Local Rule 6-1(a);

1     WHEREAS, this extension does not alter the date of any event or deadline already fixed
2 by Court order;
3     NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties,
4 through their respective counsel, without admission of any kind, or waiver of any defense,
5 objection or other response, that Defendant Google's time to answer, move or otherwise respond
6 to the Complaint is extended until September 14, 2016.

7

8 Dated:  August 1, 2016     Respectfully submitted,

9     WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
10

11     By:  /s/Dale R. Bish
          Dale R. Bish
12
    Attorneys for Defendant
13     GOOGLE INC.

14 Dated:  August 1, 2016     Respectfully submitted,

15     SCHNEIDER WALLACE COTTRELL
    KONECKY WOTKYNS LLP
16     Todd M. Schneider (SBN 158253)
    Kyle G. Bates  (SBN 299114)
17

18     By:  /s/Todd M. Schneider
          Todd M. Schneider
19
    2000 Powell Street, Suite 1400
20     Emeryville, California 94608
    Tel; (415) 421-7100
21     Fax: (415) 421-7105
    tschneider@schneiderwallace.com
22     kbates@schneiderwallace.com

23     Attorneys for Plaintiff
    GURMINDER SINGH
24

25

26

27

28

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Dale R. Bish, am the ECF User whose identification and password are being used to file the **STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT**.  In compliance with Civil Local Rule 5-1, I hereby attest that all signatories have concurred in this filing.

Dated:  August 1, 2016                              WILSON SONSINI GOODRICH & ROSATI

By: /s/Dale R. Bish
    Dale R. Bish

Attorneys for Defendant
GOOGLE INC.