DALE R. BISH, State Bar No. 235390
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dbish@wsgr.com

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GURMINDER SINGH, Individually and On Behalf of Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | CASE NO.: 5:16-cv-03734-BLF<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>First Amended Complaint Served: 9/9/2016<br>Current Response Date: 9/23/2016<br>New Response Date: 10/24/2016 |

Pursuant to Civil Local Rule 6-1(a), Defendant Google Inc. and Plaintiff Gurminder Singh (collectively, "the Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed and served his Amended Class Action Complaint on September 9, 2016 (the "First Amended Complaint");

WHEREAS, Defendant currently would have until September 23, 2016 to answer move, or otherwise respond to the First Amended Complaint;

WHEREAS, the parties have met and conferred and agreed that Defendant's time to respond to the First Amended Complaint should be extended pursuant to Civil Local Rule 6-1(a);

WHEREAS, this extension does not alter the date of any event or deadline already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, without admission of any kind, or waiver of any defense, objection or other response:

1. Defendant Google's time to answer, move or otherwise respond to the First Amended Complaint is extended until October 24, 2016.

2. The Parties shall participate in the Initial Case Management Conference ("CMC") on October 13, 2016, the date for which the CMC is currently set, or on any date following Defendant's initial response to the First Amended Complaint in the event that the Court is inclined to reschedule the CMC.

Dated: September 14, 2016                Respectfully submitted,

                                         WILSON SONSINI GOODRICH & ROSATI
                                         Professional Corporation


                                         By:  /s/Dale R. Bish
                                              Dale R. Bish

                                         Attorneys for Defendant
                                         GOOGLE INC.

Dated: September 14, 2016                Respectfully submitted,

                                         SCHNEIDER WALLACE COTTRELL
                                         KONECKY WOTKYNS LLP
                                         Todd M. Schneider (SBN 158253)
                                         Kyle G. Bates (SBN 299114)


                                         By:  /s/Todd M. Schneider
                                              Todd M. Schneider

                                         2000 Powell Street, Suite 1400
                                         Emeryville, California 94608
                                         Tel; (415) 421-7100
                                         Fax: (415) 421-7105
                                         tschneider@schneiderwallace.com
                                         kbates@schneiderwallace.com

                                         Attorneys for Plaintiff
                                         GURMINDER SINGH

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Dale R. Bish, am the ECF User whose identification and password are being used to file the **STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO THE FIRST AMENDED COMPLAINT**. In compliance with Civil Local Rule 5-1, I hereby attest that all signatories have concurred in this filing.

Dated: September 14, 2016

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Dale R. Bish
     Dale R. Bish

Attorneys for Defendant
GOOGLE INC.