# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| GURMINDER SINGH,<br><br>       Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>       Defendant. | Case No. 16-cv-03734-BLF<br><br>**ORDER RESETTING HEARING ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FOURTH AMENDED COMPLAINT; HEARING RESET TO SEPTEMBER 12, 2018**<br><br>[Re: ECF 90] |

The hearing on Defendant's Motion to Dismiss Plaintiff's Fourth Amended Complaint [ECF 90] is **RESET** from November 1, 2018 at 9:00 a.m. to **September 12, 2018 at 9:00 a.m.**

**IT IS SO ORDERED.**

Dated: August 13, 2018

_____
BETH LABSON FREEMAN
United States District Judge