UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GURMINDER SINGH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No. 16-cv-03734-BLF<br><br>**JUDGMENT** |

Having granted Defendant's Motion to Dismiss Plaintiff's Fourth Amended Complaint without leave to amend, the Court hereby ENTERS judgment in favor of Defendant and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: September 27, 2018

　　　　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　　 BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　 United States District Judge