IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GURMINDER SINGH,<br><br>                Plaintiff,<br><br>  v.<br><br>GOOGLE LLC,<br><br>                Defendant. | Case No. 5:16-cv-03734-BLF<br><br><br><br>JURY TRIAL DEMANDED |

**STIPULATION OF DISMISSAL**

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Gurminder Singh, and Defendant, Google LLC, by and through their respective counsel of record, hereby stipulate to the dismissal of the action. All claims that Plaintiff raised or could have raised in this action are dismissed WITH PREJUDICE, with each party bearing its own attorneys' fees and costs in connection with or related to this matter.

DATED: March 14, 2022

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ *Dale R. Bish*
      Dale R. Bish

*Attorneys for Defendant*

EDGAR LAW FIRM LLC

By: /s/ *Michael R. Owens*
      Michael R. Owens

*Attorneys for Plaintiff*